## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.      23-CR-0058-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TIMOTHY TACONI,

      Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On a date unknown to the grand jury, but beginning no later than on or about August 2020, through on or about February 5, 2023, in the State and District of Colorado, the defendant, TIMOTHY TACONI, not being a licensed dealer of firearms did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

### COUNT 2

On or about September 28, 2022, in the State and District of Colorado, the defendant, TIMONTHY TACONI, knowingly received and possessed a firearm, to wit, a silencer, as defined in 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), which is not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## **Forfeiture Allegation**

1.      The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872(a), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Count 1 of this Indictment involving violations of 18 U.S.C. § 922(g)(1), the defendant TIMOTHY TACONI shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

3.      Upon conviction of the violations alleged in Count 2 of this Indictment involving violations of Title 26, United States Code, Section 5861(d), the defendant TIMOTHY TACONI shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

4.      If any of the property described in paragraphs 2 through 3 above, as a result of any act or omission of the defendant:

        a)      cannot be located upon the exercise of due diligence;
        b)      has been transferred or sold to, or deposited with, a third party;
        c)      has been placed beyond the jurisdiction of the Court;
        d)      has been substantially diminished in value; or
        e)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON


COLE FINEGAN
United States Attorney


s/ Kelly R. Churnet
Kelly R. Churnet
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0406
E-mail:  kelly.churnet@usdoj.gov